AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

FILED
MAR 29 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JERMIE' EDWARDS | ) | Case No.   4:19 MJ 165 (DDN) |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 21, 2019__ in the city of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., Section 922(g) | Ct. 1 -- Felon in possession of a firearm |

This criminal complaint is based on these facts:

see attached Affidavit which is incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*
VINCENT LIBERTO, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __March 29, 2019__

*Judge's signature*

City and state:  St. Louis, Missouri

David D. Noce, U.S. Magistrate Judge
*Printed name and title*